UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS,
ADC #SK945                                                                                          PLAINTIFF

v.                                    CASE NO. 5:09cv00324 BSM/BD

LANE                                                                                                DEFENDANT

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommended disposition, as well as a *de novo* review of the record, the court concludes that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Plaintiff's complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A. The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED this 7th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE